**UNITED STATES DEPARTMENT OF COMMERCE**
**Office of the General Counsel**
OFFICE OF CHIEF COUNSEL FOR INDUSTRY AND SECURITY
Washington, D.C. 20230

February 23, 2022

**FILED ELECTRONICALLY VIA CM/ECF**

Mario Toscano
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

Re: Reconsideration Pursuant to Court Remand Order in *CPW America, Co. v. United States*,
Court No. 21-00335

Dear Mr. Toscano:

Pursuant to the Court's order of October 26, 2021, please find attached the U.S.
Department of Commerce's Reconsideration Pursuant to Court Remand in the above-captioned
action.  The Department's remand redetermination is a public document.

Should you have any questions concerning the matter, please contact me at (202) 482-5301.

Respectfully submitted,

/s/ Rachel M. Morris
Rachel M. Morris
Attorney Advisor
Office of the Chief Counsel
for Industry and Security

Attachment

cc:

Joshua Kurland
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
Email: Joshua.E.Kurland@usdoj.gov

Mr. Mario Toscano
February 23, 2022
Page 2

Frederick P. Waite
Vorys Sater Seymour and Pease LLP
Email: FPWaite@vorys.com

Kimberly Rae Young
Vorys Sater Seymour and Pease LLP
Email: KRYoung@vorys.com