FINAL RESULTS PURSUANT TO COURT REMAND
*CPW America Co. v. United States*,
CIT Court No. 21-00335

## BIS Decision Document – Steel Section 232 Remedy Exclusion Request

**EXCLUSION REQUEST NUMBER: 54667**

**Summary:**

- Requester: CPW America Co.
- Product Description: American Petroleum Institute (API) 5L Linepipe (Annexes B, C, J, K, included), Grade X65MO, High Frequency Induction - Electric Resistance Welded (HFI-ERW) PSL2 with 10.750 inch (273.05 mm) Outside diameter, wall thickness of 0.500 inch (12.70mm). Pipe size ranges are per section 3.b. of this application. Pipe shall be suitable for reeling installation and therefore specific stringent technical requirements are required; non-alloy steel pipe of a kind used in oil or gas pipelines. Pipe will be coated with Fusion Bonded Epoxy (FBE) Coating.
- HTSUS: 7306191050
- Total Requested Annual Exclusion Quantity in Kilograms: 2000000
- Date Submitted: 1/23/2020

**Analysis:**

On remand from the U.S. Court of International Trade, the Bureau of Industry and Security ("BIS") is re-reviewing the request, referenced above, to exclude certain steel articles from the remedies (including quantitative limitations and/or duties, as applicable) set forth by the President in Proclamation 9705 of March 8, 2018, as amended, and in Proclamation 9740 of April 30, 2018 and Proclamation 9759 of May 31, 2018 and their accompanying annexes, in exercise of his authority to adjust imports under Section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). Clause 3 of Proclamation 9705 and Clause 1 of Proclamation 9777 of August 29, 2018 authorized the Secretary of Commerce to provide relief from duties and quantitative limitations, respectively, upon request by a directly affected party and in consultation with other executive agencies as appropriate, for: 1) any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality or 2) based upon specific national security considerations.

The above-captioned request for relief ("exclusion request") has met the requirements for consideration as a "complete submission" under Supplement No. 1 to 15 CFR Part 705.

BIS originally denied the request in a final decision dated July 11, 2020. CPW filed suit in the U.S. Court of International Trade challenging the denial on July 19, 2021. The Court ordered remand on October 26, 2021.

BIS has reviewed this request and issued this decision on remand in accordance with the requirements of Supplement 1 of 15 CFR Part 705 in effect at the time BIS made its initial decision, as well as any relevant court remand instructions or procedures, the evidence originally

provided by the parties, including in the exclusion request as well as any applicable objection filings and confidential or proprietary business information, BIS's report to the President of January 11, 2018, any analysis provided by the International Trade Administration (ITA), and other interagency information as applicable.

In examining this request and evaluating whether the relevant steel article is produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality, the Department of Commerce has fully considered all of the evidence and information and finds that this exclusion request should be granted.

BIS certifies that the Department did not directly or indirectly consider or rely upon any *ex parte* information provided by any of the parties in its consideration of the submitted Exclusion Request.

**Final Recommendation:**

The Bureau of Industry and Security recommends that the above-captioned exclusion request should be granted for one year from July 11, 2020.

This approval of your exclusion request does not constitute a ruling under Title 19 Part 177, Code of Federal Regulations (19 CFR 177.1(d)(1)), or official confirmation of the correct provision under the Harmonized Tariff Schedule of the United States for your goods.  To be certain of the correct tariff provision, you may request a ruling by either mailing your request to Director, National Commodity Specialist Division, Customs and Border Protection, 201 Varick Street, Suite 501, New York NY 10014, attn: Binding Ruling Request or you may submit your request electronically at https://erulings.cbp.gov/home.

**DECISION ON EXCLUSION REQUEST #54667**

_____**X**_____I approve granting this exclusion request.  The granted exclusion number is 54667. This exclusion is granted for the merchandise described in the exclusion request and classified in the 10-digit provision of the Harmonized Tariff Schedule of the United States (HTSUS) claimed in the exclusion request. This exclusion is granted only in the quantities requested from each identified supplier and country of origin, as specified in the original exclusion request form. This exclusion is granted for one year from July 11, 2020. The requester may consult CSMS #18-000378 for further instructions on using the exclusion number and receiving retroactive relief.

_____ I do not approve granting this exclusion request.

_____ I would like to discuss.

_Matthew S. Borman_
Deputy Assistant Secretary of Export Administration

**February 21, 2022**
Date